

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*United States Attorney's Office*
*50 Main Street, Suite 1100*
*White Plains, New York 10601*

August 14, 2023

**BY EMAIL**
The Honorable Victoria Reznik
United States Magistrate Court Judge
Southern District of New York
300 Quarropas St.
White Plains, NY 10601

> **MEMO ENDORSED**
>
> APPLICATION GRANTED
>
> _____
> Hon. Victoria Reznik, U.S.M.J.
> Dated: 8/14/2023

     Re:    *United States v. Joel Perez*, 23-MJ-5867

Dear Judge Reznik:

     The Government writes respectfully to request that the Court unseal the Complaint in the above-captioned matter.

     Sincerely,

     DAMIAN WILLIAMS
     United States Attorney

By: _____
     Jared Hoffman
     Assistant United States Attorney
     Southern District of New York
     (914) 993-1928

cc: Mark Gombiner, *Counsel for Defendant* (by email)