```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
                                       :
UNITED STATES OF AMERICA               :
                                       :   7:23-mj-05867 UA-1
                                       :
     -against-                         :   ORDER
                                       :
Joel Perez                             :
                                       :
Defendant                              :
                                       :
---------------------------------------X
```

Andrew E. Krause, United States Magistrate Judge:

It is hereby ORDERED that the defendant's bail be modified to include the condition: Mental Health Evaluation and Treatment as directed by Pretrial Services.

Dated: February 15, 2024
White Plains, New York

                                      SO ORDERED:

                                      _____
                                      Andrew E. Krause
                                      United States Magistrate Judge